# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Khadara-Ayan Yousuf,

    Plaintiff,

v.

Fairview University Medical Center

    Defendant.

**Civil No. 12-2191 (JNE/SER)**

**ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. **IT IS HEREBY ORDERED** that Defendant Fairview University Medical Center's Motion to Dismiss, or in the Alternative for Summary Judgment is [Doc. No. 8] is **DENIED.**

Dated: May 7, 2013

                                                s/Joan N. Ericksen  
                                                JOAN N. ERICKSEN  
                                                United States District Judge